

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00878-CR

Thomas Alberto **RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CRW2201006
Honorable Jennifer Dillingham, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

Vikash M. Bhakta's motion to withdraw as counsel is GRANTED.

Appellant's pro se motion for oral argument is DENIED.

SIGNED October 29, 2025.

_____
Adrian A. Spears II, Justice